

January 5, 2021

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 17C
New York, NY  10007

## MEMO ENDORSED

Re: **Monegro v. Pacific Market International, LLC**
Case No. 1:20-cv-10103-LTS

**Defendant Pacific Market International, LLC's Request for Extension of Time to Respond to the Complaint**

Dear Judge Swain:

We represent Defendant Pacific Market International, LLC ("Defendant") in the above-referenced action.  We write to request an extension of time to respond to the Complaint in this action until January 29, 2021.  Defendant has conferred with counsel for the plaintiff, who consents to this request.  Defendant has made no previous request for an extension in this matter.

Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*
Dennis Hopkins

DCH:jp

cc: All Counsel of Record (via ECF)

The requested extension is granted.  DE# 6 resolved.

SO ORDERED.
1/5/2021
/s/ Laura Taylor Swain, USDJ

150689249.1
Perkins Coie LLP