# PERKINS COIE

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T  +1.212.262.6900
F  +1.212.977.1649
PerkinsCoie.com

January 27, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2021

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 17C
New York, NY 10007

## MEMO ENDORSED

Re:   **Monegro v. Pacific Market International, LLC**
      **Case No. 1:20-cv-10103-LTS**

**Defendant Pacific Market International, LLC's Request for Extension of Time to Respond to the Complaint**

Dear Judge Swain:

We represent Defendant Pacific Market International, LLC ("Defendant") in the above-referenced action. We write to request an extension of time to respond to the Complaint in this action until March 1, 2021, in order to allow time for additional investigation and discussion of potential resolution. The current response date is January 29, 2021. Defendant has conferred with counsel for the plaintiff, who consents to this request. This Court granted one previous request for an extension of time to answer or otherwise respond to the complaint, which counsel for Plaintiff consented to as well.

Thank you for your consideration.

Very truly yours,

/s/ Dennis Hopkins
Dennis Hopkins

DCH:jp

cc:   All Counsel of Record (via ECF)

---

Application GRANTED. SO ORDERED.

/s/ Barbara Moses

Barbara Moses, U.S.M.J.
January 28, 2021

---

151178952.1
Perkins Coie LLP